IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHASITY ROBINSON and MARKELIA WINGARD, individually and on behalf of other similarly situated individuals, | : : : | |
| Plaintiffs, | : | |
| v. | : | CA 11-0131-KD-C |
| RYLA TELESERVICES, INC., | : | |
| Defendant. | : | |

### ORDER

This matter—a putative collective action under the Fair Labor Standards Act—came before the undersigned on June 23, 2011 for a telephonic scheduling conference pursuant to the parties' request. (*See* Docs. 62 & 65.) Counsel for the named plaintiffs and counsel for defendant participated.

During the conference, counsel for the named plaintiffs indicated that he planned to file a motion for conditional certification shortly (likely within three weeks), and that plaintiffs do not need discovery prior to filing that motion. Counsel for defendant indicated that defendant needs limited discovery related to the named plaintiffs in this matter prior to responding to the motion for conditional certification. As such, the Court **ORDERS** the following be completed by no later than **August 15, 2011**:

1. Defendant shall prepare and serve no more than **twenty-five (25) interrogatories**, which the named plaintiffs must respond to within **thirty days (30) days**;

2. Defendant shall notice and take the depositions of the two named

plaintiffs; and

3. Assuming the named plaintiffs file their motion for conditional certification no later than **July 22, 2011**, and the parties have worked in good faith to complete the limited written discovery and depositions authorized by this order, defendant shall file its response to the motion for conditional certification not later than **August 29, 2011**.[1]

Once briefing is completed on the motion for conditional certification, and the Court issues its ruling, the parties are further **ORDERED** to file a supplemental report pursuant to Rule 26(f) within **fourteen (14) days** of the Court's order on the motion for conditional certification.

**DONE** this the 27th day of June, 2011.

                                                         s/WILLIAM E. CASSADY
                                                         **UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court will also issue a separate submission order on the motion for conditional certification.